FILED

08 SEP -3 PM 2:38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 2976 W |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv) - Bringing in Illegal Aliens and Aiding and Abetting Resulting in Death; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| RAFAEL VALENZUELA-LEON, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about August 21, 2008, within the Southern District of California, defendant RAFAEL VALENZUELA-LEON, with the intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States an alien, namely, Alvaro Romero-Perez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 251 and 557), resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv).

ABC:fer(1):Imperial
9/2/08

## Count 2

On or about August 21, 2008, within the Southern District of California, defendant RAFAEL VALENZUELA-LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alvaro Romero-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 3

On or about August 21, 2008, within the Southern District of California, defendant RAFAEL VALENZUELA-LEON, with the intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States an alien, namely, Alfonso Romero-Galicia, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 251 and 557), resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv).

//
//
//
//
//
//

                                    Count 4

On or about August 21, 2008, within the Southern District of California, defendant RAFAEL VALENZUELA-LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alfonso Romero-Galicia, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

                                    Count 5

On or about August 21, 2008, within the Southern District of California, defendant RAFAEL VALENZUELA-LEON, with the intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States an alien, namely, David Romero-Perez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 251 and 557), resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv).

//
//
//
//
//
//

<u>Count 6</u>

On or about August 21, 2008, within the Southern District of California, defendant RAFAEL VALENZUELA-LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, David Romero-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DATED: September 3, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
AARON B. CLARK
Assistant U.S. Attorney

4